**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

March 13, 2020

BY ECF AND EMAIL
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

Re: **United States v. Estalin Batista**
    **19 Cr. 308 (VEC)**

Dear Judge Caproni:

This letter is respectfully submitted on behalf of my client Estalin Batista, to request that the Court grant an adjournment of the Sentencing hearing currently scheduled for March 30, 2020. We seek an adjournment of approximately 30 days from the scheduled sentencing date. I have spoken with Adam Hobson on behalf of the Government and he consents to this request.

The Court had previously granted a request to adjourn sentencing so that Mr. Batista could be evaluated by a psychiatrist. However, shortly after that request was granted, the Court modified the bail conditions and Mr. Batista was sent to a residential drug treatment program. We were not able to have Mr. Batista meet with a psychiatrist prior to his entrance into the treatment program. We seek the additional time to follow up with the evaluation. When he was released from treatment, I was advised by Pretrial Services that they confirmed a diagnosis of Schizophrenia.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

Application GRANTED. Defendant's sentencing is adjourned to **May 1, 2020 at 3:00 p.m**. Sentencing submissions are due by **April 17, 2020**.

SO ORDERED:

_____
HONORABLE VALERIE E. CAPRONI
United States District Judge

3/13/2020

cc: Adam Hobson, Esq.
    Assistant United States Attorney