USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA   :
                                        :   19-CR-308 (VEC)
           -against-   :
                                        :   ORDER
  ESTALIN BATISTA,   :
                             Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for **May 1, 2020 at 3:00 p.m.**;

IT IS HEREBY ORDERED: Due to ongoing concerns regarding the COVID-19 outbreak, the sentencing is adjourned to **May 21, 2020 at 2:00 p.m.** Both parties' sentencing submissions are due by **May 1, 2020**.

**SO ORDERED.**

**Date:** March 27, 2020
       New York, NY

                                                **VALERIE CAPRONI**
                                                **United States District Judge**