USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA     :
                                               :      19-CR-308 (VEC)
              -against-                :
                                               :      ORDER
   ESTALIN BATISTA,                         :
                                               :
                         Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for **May 21, 2020 at 2:00 p.m.**;

IT IS HEREBY ORDERED: Due to ongoing concerns regarding the COVID-19 outbreak, the sentencing is adjourned to **June 19, 2020 at 2:00 p.m.** Both parties' sentencing submissions are due by **June 1, 2020**.

**SO ORDERED.**

**Date: April 3, 2020**
      **New York, NY**

_[signature: Valerie Caproni]_

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**