USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :      19-CR-308 (VEC)
          -against-                 :
                                    :      ORDER
ESTALIN BATISTA,                    :
                                    :
                         Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for **June 19, 2020 at 2:00 p.m.**;

IT IS HEREBY ORDERED: Due to ongoing concerns regarding the COVID-19 outbreak, the sentencing is adjourned to **August 19, 2020 at 2:00 p.m.** Both parties' sentencing submissions are due by **August 3, 2020**.

**SO ORDERED.**

Date:  May 28, 2020
       New York, NY

**VALERIE CAPRONI**
**United States District Judge**