**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020

June 29, 2020

**BY ECF AND EMAIL**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

**Re: United States v. Estalin Batista
19 Cr. 308 (VEC)**

Dear Judge Caproni:

This letter is respectfully submitted on behalf of my client Estalin Batista, to request that the Court modify the travel conditions in his bail to allow Mr. Batista to travel with his family to a family reunion in Sheffield, Massachusetts, (District of Massachusetts), for the July 4th holiday, from July 2 to July 5, 2020. He will be going by car and staying at his relative's home. I have spoken with Adam Hobson, Esq., on behalf of the Government, and Keyana Pompey, on behalf of Pretrial Services, and they both consent to this application.

Respectfully submitted,
/S/ Robert M. Baum
Robert M. Baum
Assistant Federal Defender

Application GRANTED.

**SO ORDERED:**

_____  6/30/2020
**HONORABLE VALERIE E. CAPRONI**
United States District Judge

cc: Adam Hobson, Esq.
    Assistant United States Attorney