```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA          :
                                             :         19-CR-308 (VEC)
       -against-                   :
                                             :         <u>ORDER</u>
   ESTALIN BATISTA,                     :
                                             :
                          Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Defendant's sentencing is scheduled for **August 19, 2020 at 2:00 p.m.**;

       IT IS HEREBY ORDERED: Due to ongoing concerns regarding the COVID-19 outbreak, the sentencing is adjourned to **September 28, 2020 at 2:00 p.m.**  Both parties' sentencing submissions are due by **September 14, 2020**.


**SO ORDERED.**

Date:  July 28, 2020
         New York, NY

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**