```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                  :

                                          :          19-CR-308 (VEC)

        -against-                         :

                                          :          ORDER

ESTALIN BATISTA,                          :

                                          :

                        Defendant.        :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Defendant's sentencing is scheduled for **January 7, 2021 at 2:00 p.m**.;

        IT IS HEREBY ORDERED:   Due to the COVID-19 pandemic, the sentencing is

adjourned to **February 9, 2021 at 10:00 a.m.**  Both parties' sentencing submissions are due by

**January 26, 2021**.  The sentencing will take place in **Courtroom 443** of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York, 10007.  Members of the public may appear

for the hearing by calling (888) 363-4749, using the access code 3121171 and the security code

0308.  All those accessing the conference are reminded that recording or rebroadcasting of the

proceeding is prohibited by law.


**SO ORDERED.**

**Date:   November 30, 2020**                    _____
        **New York, NY**                          **VALERIE CAPRONI**
                                          **United States District Judge**