```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :       19-CR-308 (VEC)
                                        :
        -against-                       :       ORDER
                                        :
                                        :
ESTALIN BATISTA,                        :
                                        :
                        Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS sentencing is scheduled for April 8, 2021 at 2:00 p.m.;

IT IS HEREBY ORDERED that: Defendant's sentencing will be held **in person** in Courtroom 443. The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted.

Members of the public may attend the hearing by dialing 888-363-4749 using the access code 3121171 and the security code 0308. Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

Date: March 25, 2021
      New York, NY

                                                _____
                                                **VALERIE CAPRONI**
                                                **United States District Judge**