USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA             :
                                     :     19-CR-308 (VEC)
                                     :
         -against-                   :     ORDER
                                     :
                                     :
ESTALIN BATISTA,                     :
                                     :
                         Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS Defendant appeared before the Court for a status conference ("Conference") on October 1, 2024;

   IT IS HEREBY ORDERED that for the reasons stated at the Conference, the parties must appear for a status conference on **Thursday, December 5, 2024, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: October 1, 2024
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**