USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ESTALIN BATISTA,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

19 Cr. 308 (VEC)

WHEREAS, the Government in the above-captioned case has advised the Court that a hearing concerning reported violations of the conditions of supervised release by the defendant, Estalin Batista, will be required to resolve the pending violation specifications;

AND WHEREAS, the Government has requested access to certain parts of the case file maintained by the U.S. Probation Office for the defendant, Estalin Batista, so as to prepare for the hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

IT IS HEREBY ORDERED that the U.S. Probation Officer for the relevant U.S. Probation Office for the defendant shall provide a copy of any documents created between, or communications that occurred between, July 1, 2024 and October 1, 2024, in the case file maintained for the defendant, Estalin Batista, including but not limited to the Probation Office's chronological notes, results of drug tests, treatment reports, location monitoring notifications, communications with the defendant and/or the defendant's family members, and any other materials that underly the specifications in the Violation Report dated August 21, 2024.

SO ORDERED:

Dated:   November 26, 2024
          New York, New York

                                                  HON. VALERIE E. CAPRONI
                                                  United States District Judge