USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :
                                             :
            -against-                        :        19-CR-308 (VEC)
                                             :
ESTALIN BATISTA,                             :           ORDER
                                             :
                          Defendant.         :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 5, 2024, the Government and Defendant appeared before the

Court for a hearing on the Violation of Supervised Release.

IT IS HEREBY ORDERED that post-hearing submissions must be filed by no later than

December 12, 2024.

**SO ORDERED.**

**Dated: December 5, 2024**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**