USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA,

        -against-                                     19-CR-308 (VEC)

  ESTALIN BATISTA,                               ORDER

                          Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 5, 2024, the parties appeared before the Court for a hearing on the Violation of Supervised Release dated August 21, 2024.

      IT IS HEREBY ORDERED that the parties appear for sentencing on **February 10, 2025**, at **10:00 A.M.** in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. For reasons that will be explained at that time, the Court intends to find that the Defendant is guilty of Specifications 1 through 4.

**SO ORDERED.**

Dated: February 3, 2025
      New York, NY

                                                          **VALERIE CAPRONI**
                                                      **United States District Judge**

---

[1] Please note this is a new courtroom for the Undersigned.