```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA,  :
                                           :
      -against-  :    19-CR-308 (VEC)
                                           :
  ESTALIN BATISTA,  :    <u>ORDER</u>
                                           :
                  Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 5, 2024, the parties appeared before the Court for a hearing on the Violation of Supervised Release dated August 21, 2024; and

      WHEREAS Defendant's sentencing is scheduled for **February 10, 2025**, at **10:00 A.M.**

      IT IS HEREBY ORDERED that Defendant's sentencing is ADJOURNED to **February 21, 2025**, at **2:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Dated: February 4, 2025
      New York, NY

                                                                       *(signature)*
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**