USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

-against-

ESTALIN BATISTA,

                   Defendant.

------------------------------------------------------------- X

19-CR-308 (VEC)

<u>ORDER</u>

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on December 5, 2024, the parties appeared before the Court for a hearing on the Violation of Supervised Release dated August 21, 2024; and

WHEREAS Defendant's sentencing is scheduled for **February 21, 2025**, at **2:00 P.M.**

IT IS HEREBY ORDERED that Defendant's sentencing is ADJOURNED to **March 4, 2025**, at **2:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that pre-sentence submissions must be filed by no later than **February 19, 2025**.

**SO ORDERED.**

**Dated: February 5, 2025**
      **New York, NY**

_____
   **VALERIE CAPRONI**
   **United States District Judge**