USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-

        19-CR-308 (VEC)

ESTALIN BATISTA,

        ORDER

              Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS pre-sentence submissions are due by February 19, 2025.

    IT IS HEREBY ORDERED that the deadline for pre-sentence submissions is ADJOURNED to **February 21, 2025**.

**SO ORDERED.**

Dated: February 5, 2025
     New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**