**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 27, 2025

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/25

Re: <u>United States v. Estalin Batista</u>, 19 Cr. 308 (VEC)

Dear Judge Caproni:

  I write to respectfully request that the Court extend Mr. Batista's surrender date by 60 days. Mr. Batista has been ordered to surrender to serve his 12-month sentence on July 8, 2025. He requests a 60-day extension of his surrender date, until September 8, 2025, so that he may care for his children over the summer. His two children are getting out of school this week and his wife has recently returned to work and is now full-time from 8:00 to 5:00 every day, with a long commute. If Mr. Batista starts his sentence on July 8, they will not have childcare for the children over the summer. With an extension to September 8, the fall school term will have started and the family will no longer need Mr. Batista to care for the children during the day. I have conferred with the government and they have no objection to the extension.

  Thank you for your consideration of this request.

Very Truly Yours,

/s/ *Marisa K. Cabrera*
Marisa K. Cabrera
Assistant Federal Defender
Federal Defenders of New York
(917) 890-7612

Cc: AUSA Lauren Hobson (via ECF)
   AUSA Adam Hobson (via ECF)

---

Application GRANTED. Mr. Batista must self-surrender on September 8, 2025.

SO ORDERED.  6/27/25

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE